```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0155--CR (HRH)
                             "USA V STANLEY ROY PEDERSEN"
                            DEF 1.1 PEDERSEN, STANLEY ROY

                  Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 10/18/00
              Closed: 04/05/01
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 01/16/01
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: Allison E. Mendel
                    Mendel & Associates
                    431 W. 7th Avenue, Suite 101
                    Anchorage, AK 99501
                    907-279-5001
                    Serve: YES
                     Type: CJA
                     Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial, 2255 Motion



 Counts re: DEF 1.1 PEDERSEN, STANLEY ROY

 Document           Count     Citation and Description                         Disposition
 ────────           ─────     ────────────────────────                         ───────────
     1 -   1 IND      1       18:922(g)(1) FELON IN POSSESSION OF FIREARM (F)  Terminated

     1 -   1 IND      2       18:922(g)(9) PROHIBITED PERSON IN POSSESSION OF  Terminated
                              FIREARM (F)

     1 -   1 IND      3       16:1538(a)(1)(B) TAKING MEMBERS OF ENDANGERED    Terminated
                              SPECIES (M)

     5 -   1         1-S      18:922(g)(1) FELON IN POSSESSION OF FIREARM (F)  Terminated

     5 -   1         2-S      18:922(g)(9) PROHIBITED PERSON IN POSSESSION OF  Terminated
                              FIREARM (F)

     5 -   1         3-S      16:1538(a)(1)(B) TAKING ENDANGERED SPECIES (M)   Terminated
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0155--CR (HRH)
                                 "USA V STANLEY ROY PEDERSEN"
                                  DEF 1.1 PEDERSEN, STANLEY ROY

               Including terminated defendants, excluding terminated counsel
```

| | | | | |
|---|---|---|---|---|
| 5 - | 1 | 4-S | 16:1540(a)(4)(B) FORFEITURE | Terminated |
| 19 - | 1 | 1-SS | 18:922(g)(1) FELON IN POSSESSION OF FIREARM (F) | Sentenced (69-1) |
| 19 - | 1 | 2-SS | 18:922(g)(9) PROHIBITED PERSON IN POSSESSION OF FIREARM (F) | Sentenced (69-1) |
| 19 - | 1 | 3-SS | 16:1538(a)(1)(B) TAKING ENDANGERED SPECIES (M) | Sentenced (69-1) |
| 19 - | 1 | 4-SS | 16:1540(e)(4)(B) FORFEITURE | Dismissed (47-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                  "USA V STANLEY ROY PEDERSEN"

                        For all filing dates
```

 Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/18/00
            Closed: 04/05/01
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/18/00 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 10/19/00 | [Re: DEF 1] JDR Grand Jury Minutes: summons; set for ARR & notify USM, Bail: $25,000 secured. |
| NOTE - 1 | 10/24/00 | Issued: Summons. |
| NOTE - 2 | 10/24/00 | Issued: Proposed Trial Date for Arr to cmc for HRH. |
| 3 - 1 | 10/24/00 | [Re: DEF 1] JDR Minute Order re Arr set for 11/28/00 at 9;30 a.m. cc: USA, USM, USPO, S. Pederson w/USM cy |
| 4 - 1 | 11/15/00 | USM Return of summons re: DEF 1 executed on 10/27/00. |
| 5 - 1 | 11/15/00 | [Re: DEF 1] PLF 1 Superseding indictment. |
| 6 - 1 | 11/16/00 | [Re: DEF 1] JDR Grand Jury Minutes, Bail set at $25,000 secured, set for arr & notify USM, summons to be issued. |
| 7 - 1 | 11/20/00 | [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 11/28/00 at 9:30 a.m. cc: USA, USPO, USM |
| 8 - 1 | 11/20/00 | DEF 1 Attorney Appearance of R. Koutchak. |
| 9 - 1 | 11/20/00 | DEF 1 motion (request) to appear telephonically at arraignment. |
| 10 - 1 | 11/21/00 | [Re: DEF 1] JDR Minute Order denying motion (request) to appear telephonically at arraignment (9-1). cc: USA, R. Koutchak, USM, USPO |
| NOTE - 3 | 11/28/00 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 11 - 1 | 11/28/00 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re Arr on SIndt (held 11/28/00); def pled not guilty; Bond set at $10,000. unsecured; PTM's due 12/18/00; cnsl advised of trial date 1/16/01. cc: USA, R. Koutchak, USM, USPO, Judge Holland |
| 12 - 1 | 11/28/00 | [Re: DEF 1] Appearance bond of $10,000. unsecured. |
| 13 - 1 | 11/28/00 | [Re: DEF 1] Order setting conditions of release re bond set at $10,000. cc: USA, R. Koutchak, USM, USPO |
| 14 - 1 | 11/28/00 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 12/18/00; cnsl to meet & confer by 12/1/00. cc: USA, R. Koutchak |
| 15 - 1 | 11/30/00 | [Re: DEF 1] HRH Minute Order setting trial by TBJ 1/16/01 at 9am no FPTC cc: USA, R. Koutchak, USM, PO, MJ Roberts, JC |
| 16 - 1 | 12/04/00 | [Re: DEF 1] PLF 1 Certification of discovery w/att exh. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                            "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 12/04/00 | {SEALED} |
| NOTE - 4 | 12/07/00 | {SEALED} |
| 18 - 1 | 12/07/00 | {SEALED} |
| 19 - 1 | 12/13/00 | [Re: DEF 1] PLF 1 Second Superseding Indictment. |
| 20 - 1 | 12/14/00 | [Re: DEF 1] AHB Grand Jury Minutes; set for arraignment & notifiy USM, def may participate telephonically; Bail: continued pretrial release as previously set by MJ. |
| 21 - 1 | 12/15/00 | [Re: DEF 1] JDR Minute Order re Arr on 2nd SIndt set for 12/18/00 at 11:00 a.m. cc: USA, R. Koutchak, USM, USPO |
| 22 - 1 | 12/19/00 | DEF 1 motion in limine information regarding prior bad acts of defendant & to exclude use of prior convictions. |
| 23 - 1 | 12/19/00 | DEF 1 motion for disclosure of grand jury transcript. |
| 24 - 1 | 12/19/00 | DEF 1 motion to compel discovery under Brady. |
| 25 - 1 | 12/19/00 | DEF 1 motion for partial attorney conducted voir dire & memorandum. |
| 26 - 1 | 12/20/00 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on 2nd SIndt (held 12/18/00); def pled not guilty; def detained; detention hrg set for 12/22/00 at 10:00 a.m.; bond cont as prev set; def's unopposed oral request for ext to Wednesday GRANTED. cc: USA, R. Koutchak, USM, USPO |
| 27 - 1 | 01/02/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure of grand jury transcript. (23-1) |
| 28 - 1 | 01/02/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for partial attorney conducted voir dire & memorandum (25-1) . |
| 29 - 1 | 01/02/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel discovery under Brady (24-1) w/att exhs. |
| 30 - 1 | 01/02/01 | [Re: DEF 1] PLF 1 response (partial opposition) to DEF 1 motion in limine information regarding prior bad acts of defendant & to exclude use of prior convictions (22-1) . |
| 31 - 1 | 01/04/01 | [Re: DEF 1] JDR Order denying motion for disclosure of grand jury transcript (23-1). cc: USA, |
| 32 - 1 | 01/04/01 | [Re: DEF 1] JDR Order granting motion to compel discovery under Brady (24-1). cc: USA, R. Koutchak |
| 33 - 1 | 01/05/01 | [Re: DEF 1] PLF 1 motion (application) to use digital evidence presentation systeme at 01/16/01 trial. |
| 34 - 1 | 01/09/01 | [Re: DEF 1] PLF 1 Proposed Jury Instructions w/att exh (instructions). |
| 35 - 1 | 01/09/01 | [Re: DEF 1] PLF 1 Trial Brief w/att exhs. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                         "USA V STANLEY ROY PEDERSEN"

                              For all filing dates


 Document #    Filed     Docket text

    36 -  1   01/09/01   [Re: DEF 1] PLF 1 Proposed Voir Dire Questions.

    33 -  2   01/10/01   [Re: DEF 1] HRH Order granting motion (application) to use digital
                         evidence presentation system (33-1). cc: USA, USM, PO, Systems, DEPS
                         Clerk

    37 -  1   01/10/01   DEF 1 Proposed Jury Instructions w/att exhs (proposed instructions).

    38 -  1   01/10/01   DEF 1 Proposal for Voir Dire.

    39 -  1   01/10/01   [Re: DEF 1] Trial Brief.

    40 -  1   01/11/01   [Re: DEF 1] HRH Order denying motion for partial attorney conducted voir
                         dire (25-1). cc: USA, R. Koutchak

    41 -  1   01/11/01   [Re: DEF 1] HRH Order denying motion in limine excluding information
                         regarding prior bad acts of defendant & to exlude use of prior
                         convictions (22-1).  cc: USA, R. Koutchak

    42 -  1   01/11/01   [Re: DEF 1] PLF 1 motion to strike defense expert witness testimony
                         w/atch exhibit.

    42 -  2   01/11/01   [Re: DEF 1] PLF 1 motion for consideration on shortened time re motion
                         to strike.

    43 -  1   01/11/01   [Re: DEF 1] JDR Minute Order granting motion for consideration on
                         shortened time re motion to strike (42-2); Hrg on govt's mot to strike
                         (42-1) set for 1/12/01 at 11:00 a.m. cc: USA, R. Koutchak, USM, USPO

    44 -  1   01/11/01   [Re: DEF 1] PLF 1 motion to dismiss count 4 of the second superseding
                         indictment.

    45 -  1   01/11/01   [Re: DEF 1] PLF 1 Trial Stipulation.

    46 -  1   01/12/01   DEF 1 Attorney Appearance Richard Kibby, co-counsel.

    44 -  2   01/16/01   [Re: DEF 1] HRH Order granting motion motion to dismiss count 4 of the
                         second superseding indictment (44-1) . cc: USA, R. Koutchak, USM, PO

    47 -  1   01/16/01   [Re: DEF 1] HRH Judgment of Discharge dismissed or Other count(s) 4SS of
                         document (19-1). cc: USA, R. Koutchak, USM, PO, MJ Roberts

    48A-  1   01/16/01   DEF 1 motion to dismiss Grand Jury and Prosecutorial Misconduct w/att
                         exhs.

    48 -  1   01/17/01   [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore/Bonnie Boyer] re Hrg
                         on Govt's motion to Strike Defense Expert Witness Testimony (42-1) (held
                         1/12/01); holding in abeyance motion to strike defense expert witness
                         testimony (42-1). cc: USA, R. Koutchak

    49 -  1   01/17/01   [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton/Linda Christensen]
                         of TBJ - Day 1 (held 1/16/01); taking under advisement motion to dismiss
                         Grand Jury and Prosecutorial Misconduct (48A-1); crt to reconvene
                         1/17/01 at 9:00 a.m. w/att Jury Panel Record

    50 -  1   01/18/01   [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton/Linda Christensen]
                         of TBJ - Day 2 (held 1/17/01); oral mot for judgment of acquittal on all

 ACRS: R_RDSDX                 As of 12/27/05 at 09:10 AM by GARRY                       Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                                 "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | three Cts. DENIED to reconvene 9:00 a.m., 1/18/01. |
| 51 - 1 | 01/18/01 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] TBJ DAY 3 (held 1/18/01) crt to resume 1/18/01 at 9am. |
| 52 - 1 | 01/19/01 | [Re: DEF 1] PLF 1 motion for order authorizing release of grand jury transcripts. |
| 52 - 2 | 01/19/01 | [Re: DEF 1] PLF 1 motion on shortened time re: Motion for order authorizing release of grand jury transcripts (52-1). |
| 52 - 3 | 01/19/01 | [Re: DEF 1] HRH Order granting motion for order authorizing release of grand jury transcripts (52-1), motion on shortened time re: Motion for order authorizing release of (52-2). cc: USA, R. Koutchak |
| 53 - 1 | 01/23/01 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton/Linda Christensen] tBJ DAy 4 (held 1/19/01)  def cnsl oral mot for directed verdict as to CTs 2 & 3, DENIED; verdict published, def found guilty as to Cts 1,2,& 3; IOS set for 4/5/01;crt advised Mr. Kibby that a reply memo could be filed & would be dealt with as soon as all of the papers had been received; def's request to remain on bond pending sentencing, GRANTED. cc: USA, R. Koutchak, USM, PO, Mj Roberts |
| 54 - 1 | 01/23/01 | [Re: DEF 1] Jury Instructions. |
| 55 - 1 | 01/23/01 | [Re: DEF 1] Verdict: guilty on Ct 1, guilty on Ct 2 and guilty on Ct 3. |
| 56 - 1 | 01/26/01 | [Re: DEF 1] JDR Minute Order terminating in light of this order: motion to strike defense expert witness testimony (42-1). cc: USA, R. Koutchak |
| 57 - 1 | 01/26/01 | {SEALED} |
| 58 - 1 | 01/30/01 | DEF 1 motion for judgment of acquittal, or in the alternative for a new trial. |
| 59 - 1 | 02/05/01 | DEF 1 reply to opposition to DEF 1 motion to dismiss Grand Jury and Prosecutorial Misconduct (48A-1). |
| 60 - 1 | 02/08/01 | [Re: DEF 1] Partial Transcript Vol II re: TBJ Day 2 (held 1/17/01). (located in expando file) |
| 61 - 1 | 02/08/01 | [Re: DEF 1]Parial Transcript Voll III re: TBJ Day 3 (held 1/18/01). (located in expando file) |
| 62 - 1 | 02/13/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for judgment of acquittal, or in the alternative for a new trial. (58-1) |
| 63 - 1 | 02/14/01 | {SEALED} |
| 64 - 1 | 02/15/01 | DEF 1 reply to opposition to DEF 1 motion for judgment of acquittal, or in the alternative for a new trial. (58-1) |
| 65 - 1 | 03/07/01 | {SEALED} |
| 66 - 1 | 03/13/01 | [Re: DEF 1] HRH Order denying motion for judgment of acquittal, or in the alternative for a new trial (58-1). cc: cnsl |
| 67 - 1 | 03/27/01 | DEF 1 Sentencing Memorandum w/att exhs. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                              "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 68 - 1 | 03/29/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 69 - 1 | 04/05/01 | [Re: DEF 1] HRH Judgment found guilty on count(s) 1SS,2SS,3SS of document (19-1), sent 46 months Cts 1&2, 12 months Ct 3, concurrent; 36 months S/R; s/a $225; def to surrender to USM when notified by PO.  cc: USA, USM, PO, R. Koutchak, def, MJ Roberts, FLU |
| 70 - 1 | 04/05/01 | DEF 1 motion to withdraw as counsel & be reappointed under CJA for appellate purposes. |
| 71 - 1 | 04/05/01 | [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer], IOS held 4/5/01; sent 46 mos concurrent; s/r 36 mos, s/a $225; granting motion to withdraw as counsel & be reappointed under CJA for appellate (70-1). |
| 70 - 2 | 04/06/01 | [Re: DEF 1] HRH Order grant motion (70-1). cc: USA, R. Koutchak, FPD CJA Clerk |
| 72 - 1 | 04/09/01 | DEF 1 appeal to 9CCA of (69-1) filed 04/05/01. cc: cnsl, Judge, Marshal, Probation, 9CCA |
| NOTE - 5 | 04/17/01 | Transmittal: Forwarded notice of appeal (72-1) to 9CCA. |
| 73 - 1 | 04/17/01 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (72-1) cc: cnsl, ECR, 9CCA (orig) |
| 74 - 1 | 04/17/01 | [Re: DEF 1] CJA appointment of R. Koutchak (for appeal) |
| 75 - 1 | 04/20/01 | DEF 1 motion on shortened time for release pending appeal w/att aff. |
| 75 - 2 | 04/20/01 | DEF 1 motion for shortened time |
| 76 - 1 | 04/23/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for shortened time (75-2) |
| 77 - 1 | 04/23/01 | [Re: DEF 1] HRH Minute Order granting motion for shortened time (75-2); gvt's oppo to mot for release due 4/27/01. cc: USA, R. Koutchak |
| 78 - 1 | 04/27/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for release pending appeal (75-1) |
| 79 - 1 | 05/01/01 | [Re: DEF 1] HRH Order re def's motion for release pending appeal (75-1); def to report to commence serving sentence by 7/1/01 unless otherwise ordered by the court; court will consider & decide in due course whether def's release should be continued beyond 7/1/01 & until his appeal has been decided. cc: USA, R. Koutchak, PO, USM |
| 80 - 1 | 05/02/01 | DEF 1 reply to opposition to DEF 1 motion on shortened time for release pending appeal w/att aff (75-1) |
| 81 - 1 | 05/10/01 | [Re: DEF 1] Partial Transcript re: IOS held 4/5/01. |
| 82 - 1 | 05/22/01 | [Re: DEF 1] HRH Order denying motion on shortened time for release pending appeal (75-1); however, as previously ordered, def to remain in release status until 7/1/01 or later, when he will report to USM as directed by PO once designation is made. cc: USA, R. Koutchak, PO, USM |
| 83 - 1 | 05/23/01 | DEF 1 Transcript Designation/Order Form re: notice of appeal (72-1) requesting transcripts. cc:ecr |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                              "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 84 - 1 | 05/31/01 | [Re: DEF 1] Transcript vol 1 of TBJ day 1 held 01/16/01 re: notice of appeal (72-1) [located in expando folder behind file]. |
| 85 - 1 | 05/31/01 | [Re: DEF 1] Partial transcript vol 2 of TBJ day 2 held 01/17/01 re: notice of appeal (72-1) [located in expando folder behind file]. |
| 86 - 1 | 05/31/01 | [Re: DEF 1] Partial transcript vol 3 of TBJ day 3 held 01/18/01 re: notice of appeal (72-1) [located in expando folder behind file]. |
| 87 - 1 | 05/31/01 | [Re: DEF 1] Transcript vol 4 of TBJ day 4 held 01/19/01 re: notice of appeal (72-1) [located in expando folder behind file]. |
| 88 - 1 | 05/31/01 | [Re: DEF 1] Partial transcript of IOS held 04/05/01 re: notice of appeal (72-1) [located in expando folder behind file]. |
| 89 - 1 | 05/31/01 | [Re: DEF 1] cy 9CCA Certificate of Record. (72-1) cc: cnsl, Judge Holland, 9CCA (original) |
| 90 - 1 | 07/19/01 | [Re: DEF 1] PLF 1 motion on shortened time for order requiring def to surrender for service of sentence |
| 91 - 1 | 07/23/01 | [Re: DEF 1] HRH Minute Order that def's response to mot on short time to surrender (#90) is due noon, 7/25/01. cc: USA, R. Koutchak |
| 92 - 1 | 07/24/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion on shortened time for order requiring def to surrender for service of sentence (90-1) |
| 93 - 1 | 07/26/01 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion on shortened time for order requiring def to surrender for service of sentence (90-1) |
| 94 - 1 | 07/27/01 | [Re: DEF 1] HRH Order granting motion on shortened time for order requiring def to surrender for service of (90-1) sentence; def to surrender as indicated upon advice from his PTO. cc: USA, R. Koutchak, PO, USM |
| 95 - 1 | 07/27/01 | [Re: DEF 1] PLF 1 Supplement re: [Re: DEF 1] PLF 1 motion on shortened time for order requiring def to surrender for service of sentence (90-1). |
| 96 - 1 | 05/20/02 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (72-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Holland |
| 97 - 1 | 12/13/02 | DEF 1 motion to vacate, set aside, correct sentence (28:2255). |
| 98 - 1 | 12/13/02 | Application to proceed without prepayment of fees. |
| 99 - 1 | 12/13/02 | DEF 1 motion for appointment of counsel w/att exhs. |
| 100 - 1 | 01/06/03 | [Re: DEF 1] HRH Order granting motion for appointment of counsel (99-1); FPD to appoint cnsl; any amended 2255 mot due 2/5/03; USA answer due 3/7/03; referred to MJ Roberts. cc: USA (w/2255), FPD (w/2255), MJ Roberts |
| 101 - 1 | 01/10/03 | [Re: DEF 1] CJA appointment of J. Pharr. |
| 102 - 1 | 01/10/03 | DEF 1 Attorney Appearance of John C. Pharr. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                             "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 103 - 1 | 02/04/03 | DEF 1 motion for production of records & documents for purpose to amend 28:2255. |
| 103 - 2 | 02/04/03 | DEF 1 motion to terminate court appointed counsel. |
| 103 - 3 | 02/04/03 | DEF 1 motion to stay proceedings in the matter of his §2255 motion. |
| 104 - 1 | 02/04/03 | [Re: DEF 1] JDR Minute Order re hrg re CJA representation of J. Pharr set for 2/6/03 at 1:30 p.m. cc: J. Pharr |
| 105 - 1 | 02/05/03 | DEF 1 motion for ext of time tp file amended 2255 motion w/att aff. |
| 106 - 1 | 02/06/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for ext of time to file amended 2255 motion (105-1). |
| 107 - 1 | 02/07/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re hrg re CJA represnation of John Pharr hld 2/6/03; denying motion for production of records & documents for purpose to amend 28:2255 (103-1), denying motion to terminate court appointed counsel (103-2); denying as moot motion to stay proceedings in the matter of his §2255 motion (103-3); granting motion for ext of time to file amended 2255 motion (105-1); amended motion to vacate due 4/7/03; govt's answer due 5/7/03. cc: USA, J. Pharr |
| 108 - 1 | 02/13/03 | DEF 1 motion for reconsideration. |
| 109 - 1 | 02/19/03 | [Re: DEF 1] JDR Minute Order re clerk to serve cy of 108-1 on John Pharr, cnsl for def; Pharr shall confer w/def & determine what course of action, if any, to take. cc: USA, J. Pharr w/cy #108, S. Pederson |
| 110 - 1 | 03/03/03 | DEF 1 Address Change Notice of def. |
| 111 - 1 | 03/07/03 | {SEALED} |
| 112 - 1 | 03/27/03 | [Re: DEF 1] JDR Second Minute Order re: Docket No. 108 "reconsideration"; denying motion for reconsideration (108-1); any amended 2255 due 4/7/03; crt will later determine time for govt to file its response & briefing schedlue. cc: USA, J. Pharr |
| 113 - 1 | 04/07/03 | DEF 1 motion for 90 day ext of time to file amended §2255 motion w/att aff. |
| 114 - 1 | 04/08/03 | [Re: DEF 1] JDR Minute Order granting/denying motion for 90 day ext of time to file amended §2255 motion (113-1); amended §2255 mot due 6/6/03. cc: USA, J. Pharr |
| 115 - 1 | 05/02/03 | DEF 1 motion (ex parte) & memo on shortened time for travel expenses w/att aff & exh. |
| 116 - 1 | 05/07/03 | {SEALED} |
| 117 - 1 | 06/17/03 | DEF 1 motion to accept late-filed motion for extension of time to file amended 2255 motion w/att aff & mot for extension of time w/att aff. |
| 118 - 1 | 06/17/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to accept late-filed motion for extension of time to file amended 2255 motion w/att aff & mot for extension of time (117-1), DEF 1 motion for 30 day ext of time to file amended 2255 motion (120-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                                   "USA V STANLEY ROY PEDERSEN"
```

                                          For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 119 - 1 | 06/20/03 | [Re: DEF 1] AHB Order granting motion to accept late-filed motion for extension of time to file amended 2255 motion (117-1). cc: USA, J. Pharr |
| 120 - 1 | 06/20/03 | DEF 1 motion for 30 day ext of time to file amended 2255 motion w/att exh. |
| 121 - 1 | 06/20/03 | [Re: DEF 1] AHB Order granting motion for 30 day ext of time to file amended 2255 motion (120-1); Amended 2255 mot due 7/16/03; govt's answer due 8/18/03. cc: USA, J. Pharr |
| 122 - 1 | 07/16/03 | DEF 1 motion for re-appointment of cnsl & ext of time to amend 2255 motion. |
| 123 - 1 | 07/16/03 | DEF 1 motion for 15 day ext of time to file amended 2255 motion. |
| 124 - 1 | 07/17/03 | [Re: DEF 1] JDR Minute Order re hrg on def's mot for re-appoitnment of cnsl & time to amend 2255 motion (122-1) set for 7/23/03 at 9:30 a.m. cc: USA, J. Pharr, USM |
| 125 - 1 | 07/17/03 | [Re: DEF 1] JDR Minute Order re def's mot for 15 day ext of time to file amended 2255 mot (123-1) will be hrd at hrg set for 7/23/03 at 9:30 a.m. cc: USA, J. Pharr |
| 126 - 1 | 07/17/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for 15 day ext of time to file amended 2255 motion. (123-1) |
| 127 - 1 | 07/23/03 | {SEALED} |
| 128 - 1 | 08/25/03 | DEF 1 motion for thirty day extension of time to file amended §2255 motion w/att aff. |
| 129 - 1 | 08/26/03 | DEF 1 motion for ext of time to amend 2255 motion. |
| 130 - 1 | 08/27/03 | [Re: DEF 1] JDR Minute Order terminating in light of this order: motion for ext of time to amend 2255 motion (129-1). cc: USA, J. Pharr |
| 131 - 1 | 08/27/03 | [Re: DEF 1] PLF 1 Attorney Substitution of R. Pomeroy (AUSA) for J. Bottini (AUSA). |
| 132 - 1 | 08/27/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for thirty day extension of time to file amended §2255 motion (128-1). |
| 133 - 1 | 08/28/03 | [Re: DEF 1] JDR Order granting motion for thirty day extension of time to file amended §2255 motion (128-1); amended 2255 mot due 9/24/03; govt's answer due 10/24/03. cc: USA, J. Pharr |
| 134 - 1 | 09/24/03 | DEF 1 motion for 10-day ext of time to file amended §2255 motion w/att aff. |
| 135 - 1 | 09/25/03 | [Re: DEF 1] JDR Minute Order granting motion for 10-day ext of time to file amended §2255 motion (134-1); amended 2255 due 10/6/03; govt's response due 11/5/03. cc: USA, J. Pharr |
| 136 - 1 | 10/06/03 | DEF 1 motion for 10 day ext of time to file amended §2255 motion w/att aff. |
| 137 - 1 | 10/07/03 | [Re: DEF 1] AHB Order granting motion for 10 day ext of time to file amended §2255 motion (136-1); amended §2255 due 10/16/03; govt's answer |

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | due 11/17/03. cc: USA, J. Pharr |
| 138 - 1 | 10/16/03 | DEF 1 motion for 1 day ext of time to file amended §2255 motion w/att aff. |
| 139 - 1 | 10/17/03 | DEF 1 Amended §2255 petition w/att exhs. |
| 140 - 1 | 10/27/03 | DEF 1 motion for appointment of new counsel and for ext to file amended 2255. |
| 141 - 1 | 11/07/03 | [Re: DEF 1] JDR Minute Order granting nunc pro tunc to 10/17/03 motion for 1 day ext of time to file amended §2255 motion (138-1); govt's oppo to def's amended 2255 mot @ 139-1 is due 11/17/03; sched conf on amended 2255 set for 11/19/03 at 9:30 a.m.; at the hrg the crt will address def's pro se mot at 140-1. cc: USA, J. Pharr, USM, USPO |
| 142 - 1 | 11/17/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, correct sentence (28:2255) (97-1). |
| 143 - 1 | 11/21/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Sched Con re amended 2255 (#139) hld 11/19/03; granting in part denying in part motion for appointment of new counsel and for ext to file amended 2255 (140-1); Mr. PHarr to remain as apptd cnsl; any amended 2255 due 12/5; crt to reset sched conf after any amendment is fld. cc: USA, J.Pharr |
| 144 - 1 | 12/04/03 | DEF 1 Notice of filing def's aff in support of 2255 petition. |
| 145 - 1 | 12/05/03 | [Re: DEF 1] JDR Minute Order re Sched Conf on 2255 mot set for 12/22/03 at 11:00 a.m. cc: USA, J.Pharr, USM, USPO |
| 146 - 1 | 12/22/03 | [Re: DEF 1] JDR Minute Order re sched conf set for 12/22 is VACATED and RESET for 12/23/03 at 11:30 a.m. cc: USA, J. Pharr, USM, USPO |
| 147 - 1 | 12/23/03 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re sched conf re amended 2255 motion hld 12/23/03; govt's response due 1/23/04; def's reply due 2/13/04. cc: USA, J. Pharr |
| 148 - 1 | 01/23/04 | [Re: DEF 1] PLF 1 Supplemental oppo to motion to vacate, set aside, correct sentence (28:2255) (97-1). |
| 149 - 1 | 02/13/04 | DEF 1 motion for 2 week ext of time to file reply to supp oppo to mot for 28:2255 w/att aff. |
| 150 - 1 | 02/17/04 | [Re: DEF 1] JDR Order granting motion for 2 week ext of time to file reply to supp oppo to mot for 28:2255 (149-1); reply due 2/27/04. cc: USA, J. Pharr |
| 151 - 1 | 02/27/04 | DEF 1 Reply to Supplemental oppo re: DEF 1 motion to vacate, set aside, correct sentence (28:2255). (97-1). |
| 152 - 1 | 03/01/04 | DEF 1 Errata re: DEF 1 motion to vacate, set aside, correct sentence (28:2255). (97-1) w/att exhs. |
| 153 - 1 | 03/01/04 | DEF 1 motion for evidentiary hearing on 2255 petition. |
| 154 - 1 | 03/05/04 | [Re: DEF 1] JDR Minute Order that each cnsl to submit 3 (w/i 30-60 days) proposed dates for evidentiary hrg. Def cnsl to advise the crt as to whether the def will be stipulating to participate telephonically or be |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
                            "USA V STANLEY ROY PEDERSEN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | transported by USM. This information to be provided to crt by 3/10/04. cc:USA, J. Pharr, USM, PO |
| 155 - 1 | 03/10/04 | [Re: DEF 1] PLF 1 Status Report. |
| 156 - 1 | 03/11/04 | [Re: DEF 1] PLF 1 Errata re: stat report (155-1). |
| 157 - 1 | 03/12/04 | [Re: DEF 1] JDR Minute Order granting motion for evidentiary hearing on 2255 petition (153-1); evid hrg re: 2255 is set 9:30 a.m., 5/5/04; USM to provide necessary transportation for def to be present at the hrg. cc: USA, J. Pharr, USM |
| 158 - 1 | 04/08/04 | [Re: DEF 1] JDR Order directing USM to transport def to Anchorage by 4/30/04. cc: USA, J. Pharr, USM, USPO |
| 159 - 1 | 04/29/04 | [Re: DEF 1] JDR Minute Order re evident hrg set for 5/5/04 at 9:30 a.m. is RESET for 10:30 a.m. cc: USA, J. Pharr, USM, USPO |
| 160 - 1 | 05/06/04 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re evident hrg re amended 2255 motion (139-1) (hld 5/4/04); taking under advisement motion to vacate, set aside, correct sentence (28:2255) (97-1); R&R to issue. w/att witness & exh list. cc: USA, J. Pharr, Judge Holland |
| 161 - 1 | 05/07/04 | Initial R&R re: DEF 1 amended motion to vacate, set aside, correct sentence under 28:2255 (139-1); Recommended be denied; Objections due NOON 05/25/04. Reply due NOON 06/01/04. cc: USA, J. Pharr, Judge Holland |
| 162 - 1 | 05/25/04 | DEF 1 Unopposed motion for 3 day ext of time to file object's to R&R re 2255 w/att aff. |
| 163 - 1 | 05/26/04 | [Re: DEF 1] JDR Order granting unopposed motion for 3 day ext of time to file object's to R&R re 2255 (162-1); object's due NOON 5/28/04; reply due COB 6/4/04. cc: USA, J. Pharr |
| 164 - 1 | 05/28/04 | DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside, correct sentence (28:2255) (97-1). |
| 165 - 1 | 06/04/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to vacate, set aside, correct sentence (28:2255) (97-1). |
| 166 - 1 | 06/08/04 | Final R&R re: DEF 1 motion to vacate, set aside, correct sentence (28:2255) (97-1); MJ declines to modify recommendation that mot be denied. cc: USA, J. Pharr, Judge Holland |
| 167 - 1 | 07/28/04 | Revised Final R&R re: DEF 1 motion to vacate, set aside, correct sentence (28:2255) (97-1); MJ declines to modify recommendation that motion be denied. cc: USA, J. Pharr, Judge Hollan |
| 168 - 1 | 07/30/04 | DEF 1 motion for appointment of new counsel. |
| 169 - 1 | 08/24/04 | [Re: DEF 1] Transcript re: evidentiary hrg re: defendant's amended 2255 mot |
| 170 - 1 | 09/10/04 | [Re: DEF 1] HRH Order denying motion for appointment of new counsel (168-1). cc: USA, J. Pharr, Def |
| 171 - 1 | 09/10/04 | [Re: DEF 1] HRH Order denying motion to vacate, set aside, correct sentence (28:2255) (97-1); in event that def elects to pursue an appeal of this decision a certificate of appealability is denied as to all of |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0155--CR (HRH)
"USA V STANLEY ROY PEDERSEN"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | def's contention except that having to do w/def's ineffective assistance of cnsl claim that flows from his decision not to testify in his own defense.  cc: USA, J. Pharr, MJ Roberts, Appeals Clerk |
| 172 - | 1 | 09/14/04 | [Re: DEF 1] HRH Judgment that def's application for relief (28:2255) is dismissed.  cc: USA, J. Pharr, Judge Roberts |
| 173 - | 1 | 09/28/04 | DEF 1 motion to accept late-filed notice of appeal w/att appeal. |
| 174 - | 1 | 09/28/04 | DEF 1 motion for new CJA counsel w/att aff. |
| 174A- | 1 | 09/28/04 | DEF 1 appeal to 9CCA of (172-1) filed 09/14/04. cc: A. Mendel, USA, Judge Holland, 9CCA |
| 175 - | 1 | 09/30/04 | [Re: DEF 1] HRH Order granting motion for new CJA counsel (174-1); John Pharr as def's atty is substituted by CJA appointment. cc: J. Pharr, FPD CJA Clerk |
| 176 - | 1 | 09/30/04 | [Re: DEF 1] HRH Order granting motion to accept late-filed notice of appeal (173-1); Notice of Appeal is accepted as late fld in 9/28/04. cc: USA, J. Pharr, Appeal Clerk |
| 177 - | 1 | 10/07/04 | DEF 1 CJA appointment of A. Mendell. |
| NOTE - | 6 | 10/08/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of  vols 3,4, & 5 and 1 sealed vol. |
| NOTE - | 7 | 10/08/04 | Transmittal: Forwarded notice of appeal (174A-1) to 9CCA. |
| 178 - | 1 | 12/01/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (174A-1).Transcripts ordered cc:ecr |
| 179 - | 1 | 12/07/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (174A-1) cc: USA,  A. Mendel, Judge Holland, 9CCA (original) |
| NOTE - | 8 | 12/13/04 | Notation (re: Appeal): forward to 9CCA def's mot to withdraw from further proceedings. |
| 180 - | 1 | 01/18/05 | {SEALED} |
| 180 - | 2 | 01/20/05 | {SEALED} |
| NOTE - | 9 | 09/23/05 | Notation (re: Appeal): D.C. record received from 9CCA consisting of vols 3,4, & 5 and 1 sealed vol. |