LODGED

OCT 18 2004

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>USA v S. Pedersen</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Judge Russel H. Holland A00-0155CR (HRH)</u>
<u>A02-305CV (HRH)</u>
Date Complaint/Indictment/Petition Filed  Second Superseding Indt (12/13/04) :
Date Appealed Order/Judgment *entered*: Judgment dkt # 172
Date NOA *filed*: 0/28/04
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
_XX_ granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  <u>Elisa Singleton, Bonnie Boyer, Caroline Edmiston,</u>
<u>Robin Carter, Debby Willoughby-Lyons, Dan Maus, Linda Christiansen, Denali Elmore</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _XX_            Date FP denied: _
Is FP pending? __yes/no          Was FP Limited/Revoked?
US Government Appeal?   _No_ yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Allison E. Mendel                     Richard L. Pomeroy
Mendel & Associates                   U.S. Attorney's Office
431 West Seventh Avenue               222 West 7th Avenue #9
Suite 101                             Anchorage, AK 99513
anchorage, AK 99501

__retained    _XX_ CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _xx_
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _     9th Circuit Docket Number: _   *04-35880*
Name and phone number of person completing this form:  <u>Shari Fuhrer</u>
                                                       <u>907-677-6130</u>