Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

RECEIVED

JAN 18 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. 3:00-CR-00155-01-HRH

STANLEY R. PEDERSEN

On December 28, 2004, the above-named was placed on supervised release for a period of 3 years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. The defendant has done well on supervised release and has continued to submit his Monthly Supervision Reports. There are no known issues of non-compliance and all financial obligations have been met. It is accordingly recommended that Stanley R. Pedersen be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Chris Liedike                                      Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __16__ day of __Jan__, 20__07__

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge